Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−17458−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Shakera D Smith
  296 Cohansey Street
  Grenloch, NJ 08032

Social Security No.:
  xxx−xx−6162

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/13/22.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 13, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 22-17458-ABA

Shakera D Smith                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                         Page 1 of 2
Date Rcvd: Dec 13, 2022                Form ID: 148                       Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shakera D Smith, 296 Cohansey Street, Grenloch, NJ 08032 |
| 519709976 | + | BRIDGETON PHASE III ASSOCIATES LP, 308-318 COHANSEY ST, Bridgeton NJ 08302-1508 |
| 519709978 | + | Bridgeton Onized FCU, 2550 S Main rd, Vineland NJ 08360-7138 |
| 519709981 | + | First Credit Services Inc, PO Box 549, Woodbridge NJ 07095-0549 |
| 519709983 | + | Ingerman Bridgeton Commons, co Matthew R Bradley Esq, 660 Second Street Pike, Southampton PA 18966-3995 |
| 519709986 | + | NJ Department of Labor, PO Box 381, Trenton NJ 08625-0381 |
| 519709988 | + | South Jersey Gas, PO Box 6091, Bellmawr NJ 08099-6091 |
| 519739696 | | a/k/a The Willows at Bridgeton, 76 Lakeview Avenue, Bridgeton, NJ 08302-1755 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 13 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 13 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Dec 13 2022 20:40:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 519709977 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 13 2022 20:41:00 | Atlantic City Electric, PO Box 13610, Philadelphia PA 19101-3610 |
| 519727277 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 13 2022 20:41:00 | Atlantic City Electric Co., 5 Collins Drive Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519709980 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 13 2022 20:40:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Rd, Southfield MI 48034 |
| 519709979 | + | EDI: COMCASTCBLCENT | Dec 14 2022 01:43:00 | Comcast Xfinity, PO Box 70219, Philadelphia PA 19176-0219 |
| 519739695 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 13 2022 20:40:00 | Credit Acceptance Corp., PO Box 5070, Southfield, MI 48086-5070 |
| 519712438 | + | EDI: AIS.COM | Dec 14 2022 01:43:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519709982 | + | EDI: LCIICSYSTEM | Dec 14 2022 01:43:00 | IC Systems Collections, PO Box 64378, Saint Paul MN 55164-0378 |
| 519774644 | | EDI: JEFFERSONCAP.COM | Dec 14 2022 01:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519709984 | + | Email/Text: mail@jenkinsclayman.com | Dec 13 2022 20:41:00 | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519709987 | | Email/Text: clientsupport@lead.bank | Dec 13 2022 20:40:00 | Self Financial Inc Lead Bank, 1801 Main St, |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: 148 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 519709985 | Email/Text: nasales2@comcast.net | Dec 13 2022 20:40:00 | Kansas City MO 64108<br>National Auto Sales, 123 S Delsea Dr, Glassboro NJ 08028 |
| 519768877 | + EDI: AIS.COM | Dec 14 2022 01:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2022                     Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Shakera D Smith mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 4